UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
PAUL L. MUCKLE,                    )
                                   )
          Plaintiff,               )
                                   )
     v.                            )    C.A. No. 15-10025
                                   )
WELLS FARGO BANK, et al.,          )
                                   )
          Defendants.              )
```

ORDER OF DISMISSAL

For the reasons stated in the Endorsed Order dated February 2, 2015, this action is dismissed.

                                        ROBERT M. FARRELL
                                        CLERK OF COURT


Dated: 2/5/15                           By /s/ Jennifer Gaudet
                                              Deputy Clerk