# United States Court of Appeals
## For the First Circuit

---

No. 15-1195

PAUL L. MUCKLE,

Plaintiff, Appellant,

v.

WELLS FARGO BANK; PREMERE ASSET SERVICES; U.S. BANK NATIONAL ASSOCIATION; S.G. MORTGAGE; SEAN R. HIGGINS; NELSON, MULLINS, RILEY & SCARBOROUGH, LLP; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PAUL J. MULLIGAN; MICHAEL MYLETT; BOSTON POLICE; CITY OF BOSTON; SUFFOLK COUNTY DISTRICT ATTORNEY'S OFFICE; SPENCER LORD; MATHEW FITZGERALD; JANINE D'AMICO; DAVID MCGOWAN; COMMONWEALTH OF MASSACHUSETTS; MICHAEL SCHAFF; BROCKTON POLICE; CITY OF BROCKTON; U.S. MARSHALS SERVICE; MATHEW DUMAS; JONATHAN LEMAY; JUDGE DOUGLAS P. WOODLOCK; JUDGE ANNETTE FORDE; JUDGE WILBUR P. EDWARDS,

Defendants, Appellees.

---

Before

Howard, Chief Judge,
Thompson and Barron, Circuit Judges.

---

**JUDGMENT**

Entered: March 25, 2016

     Appellant Paul Muckle, proceeding pro se, appeals from the district court's dismissal of his amended complaint for failure to state a claim. Having carefully examined the amended complaint and the appellant's arguments on appeal, we affirm the judgment of dismissal.

     Affirmed. See 1st Cir. Loc. R. 27.0(c).

By the Court:

/s/ Margaret Carter, Clerk

cc:
Paul Laurenton Muckle
Jennifer Kay Zalnasky
Martha Coakley
Dina Michael Chaitowitz